1  Eric J. Benink, Esq., SBN 187434
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   550 West C Street, Suite 530
3  San Diego, CA  92101
4  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
5  eric@kkbs-law.com

6
   Attorneys for Plaintiff
7

8

9
                   UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12
   PERFECT 10, INC., a California         CASE NO.  11cv1416 CAB MDD
13 corporation,
                                          **JOINT MOTION TO DISMISS**
14         Plaintiff,

15         v.

16 KALMET INVESTMENTS
17 LIMITED, a Seyshelles entity d/b/a
   depositfiles.com; and DOES 1
18 through 100, inclusive,

19         Defendants.
20

21

22      WHEREAS, plaintiff Perfect 10, Inc. desires to dismiss the above-entitled
23 action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
24      WHEREAS, defendant Kalmet Investments Limited has no objection to
25 such a dismissal;

26

27

28

JOINT MOTION TO DISMISS                              11cv1416 CAB MDD

1       Accordingly, based upon the foregoing, the parties hereby stipulate to and jointly move the Court for an order dismissing the entire action, with prejudice. The Parties further stipulate that each is to bear its own attorney's fees and costs.

DATED: July  31,  2012            /s/ Eric J. Benink

                                               _____
                                               Eric J. Benink
                                               Attorneys for Plaintiff
                                               Perfect 10, Inc.

DATED: July  31,  2012            /s/ Matthew Becker

                                               _____
                                               Matthew Becker
                                               Attorneys for Defendant
                                               Kalmet Investments Limited